UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.  8:14-cr-185-T-23MAP

ALI EL KHATEEB and
GEORGE CHALLITA
_____/

## ORDER

Ali El Khateeb moves (Doc. 177) and George Challita moves (Doc. 182)[*] to

suppress evidence discovered during a search consequent to a warrant.  Khateeb

attacks the warrant directed to his e-mail records at AOL, Inc., in Dulles, Virginia.

Challita attacks the warrant directed to a commercial office in Orange, California.

Khateeb's and Challita's arguments are essentially the same.  The United States

opposes (Docs. 211 and 212) each motion.  The magistrate judge reports and

recommends (Doc. 285) denial of each motion.  Khateeb and Challita object.

(Docs. 289 and 290)

After careful consideration of the parties' papers, the magistrate judge's

report and recommendation, and the other matters of record, the objections

(Docs. 289 and 290) are **OVERRULED**, the magistrate judge's report and

_____

[*] Khateeb adopts (Doc. 184) Challita's motion and vice versa (Doc. 290).

recommendation (Doc. 285) is **ADOPTED**, and the motions (Docs. 177 and 182) are

**DENIED**.

ORDERED in Tampa, Florida, on October 21, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE